

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-14-00350-CV

**IN RE MWM HELOTES RANCH, LTD.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  May 21, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On May 12, 2014, relator MWM Helotes Ranch, Ltd. filed a petition for writ of mandamus and a motion for emergency temporary stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency temporary stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2005CI14589, styled *John H. White Jr., Individually, John H. White III, Individually and John H. White Jr., John H. White III and Molly C. White in their capacities as Co-Trustees of the 1983 John H. White Long Term Trust f/b/o John H. White Jr., and the 1976B Partnership Trust v. TCW Helotes Ranch, Ltd. and MWM Helotes Ranch, Ltd., Myfe Moore and Tuleta White*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.